**THE WEISS LAW GROUP, LLC**
Brett Weiss, #A404420
8843 Greenbelt Road, Box 299
Greenbelt, Maryland 20770
Telephone:    (301) 924-4400
Facsimile:    (240) 627-4186
brett@BankruptcyLawMaryland.com

*Counsel to the Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**ALAIN PERPETUS JOSEPH,**<br><br>*Debtor.* | Case No. 25-00563 ELG<br><br>Chapter 7 |
| **MOTION TO WITHDRAW APPEARANCE OF COUNSEL** | |

**NOW COME** The Weiss Law Group, LLC, and Brett Weiss, Counsel, and pursuant to Local Rule 2091-1 move this Court to strike their appearance in the within case, and state:

1.      Alain Perpetus Joseph ("Mr. Joseph") filed this case as a *pro se* Chapter 11 on December 4, 2025. The case was converted to one under Chapter 7 on the United States Trustee's motion on January 22, 2026. Counsel entered an appearance on behalf of Mr. Joseph on February 10, 2026. The Chapter 7 Meeting of Creditors has not yet been held.

2.      Differences have arisen between Counsel and Mr. Joseph making it impossible for Counsel to continue to represent Mr. Joseph.

3.      The name and last known address of Debtor are: Alain Perpetus Joseph, 126 Adams St. NW, Unit 1, Washington, DC 20001.

4.      This Motion is made in good faith and not for the purposes of delay. The grant of this Motion will not unduly delay proceedings in this case, or be unfairly prejudicial to any party, or otherwise not be in the interest of justice.

Wherefore, Counsel pray that this Court withdraw their appearance as counsel for the Debtor in this matter.

March 31, 2026                                          Respectfully submitted,

                                                        THE WEISS LAW GROUP, LLC

                                                        By: ___/s/ Brett Weiss_____
                                                            BRETT WEISS