FILED

APR 2 0 2026

Clerk, U.S. District and Bankruptcy Courts

**Document 1: Renewed Emergency Motion**

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

2026 APR 20 P 7: 45

RECEIVED

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA**

**In re: Alain Perpetus Joseph, Debtor Case No: 25-00563-ELG**

**RENEWED EMERGENCY MOTION TO CONTINUE SECTION 341 MEETING AND FOR EXTENSION OF TIME TO MAY 4, 2026, TO RETAIN COUNSEL FOR CHAPTER 13 ELIGIBILITY AUDIT**

The Debtor, Alain Perpetus Joseph, appearing *pro se*, respectfully moves this Court to continue the Section 341 Meeting of Creditors until May 4, 2026. This motion is filed as a Renewed Motion to correct the procedural signature deficiency noted by the Court on April 20, 2026 (Doc. 53, 54). In support, the Debtor states:

1. On April 14, 2026, the Court held a hearing regarding the status of counsel and the Chapter 11 debt limits. Following the withdrawal of prior counsel, Debtor has been referred by the Legal Shield Corporation to **James DeVita, Esq.**, to evaluate the case for Chapter 13 eligibility.
2. Debtor is currently coordinating with Mr. DeVita to perform a comprehensive audit of secured debt totals. Debtor believes that the mortgage claims held by **SPS (Select Portfolio Servicing)** and **Shellpoint Mortgage Servicing** are **unliquidated** due to unresolved disputes and a failure to provide required fee disclosures.
3. Furthermore, the Shellpoint debt is inextricably linked to the pending lawsuit **Sashi Brown v. Alain Joseph (2025-CAB-000432)**. Because this lawsuit involves tort-based claims for trespass and negligence, the resulting liability is **contingent and unliquidated**, and should be excluded from the eligibility calculation under **11 U.S.C. § 109(e)**.
4. A continuance to May 4, 2026, is necessary to allow new counsel to finalize the retention process and prepare a Motion to Reconvert the case to Chapter 13.

**WHEREFORE**, Debtor respectfully requests that the Court continue the Section 341 Meeting and grant an extension of time to May 4, 2026, to secure counsel.

Respectfully submitted,

X _Alain Joseph_

**Alain Perpetus Joseph, Debtor** 126 Adams Street NW

Washington, DC 20001

(202) 528-2229